*Lisa J. Steele,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided June 11, 2003

## SANDRA HARRIS *v.* UNITED TECHNOLOGIES CORPORATION

*Ian Angus Cole,* in support of the petition.

*Elizabeth M. Buckmir,* in opposition.

Decided June 11, 2003

## STATE OF CONNECTICUT *v.* KENNETH PORTER

*H. Owen Chace,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided June 11, 2003